NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Preservation Burlington, et al.

     v.                              Case No. 2:23-cv-039

Cathedral of the Immaculate Conception
Parish Charitable Trust, et al.

TAKE NOTICE that the above-entitled case has been scheduled  at 02:00 p.m. on Thursday, March 30, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a hearing on Motions for Preliminary Injunction, Cross Motion to Dismiss, and the Motion to Dismiss.

Location: 510

JEFFREY S. EATON, Clerk
By: */s/ Jennifer B. Ruddy*
Deputy Clerk
3/16/2023

TO:

Ron Wanamker
Karyn Norwood
Liisa Reimann

Jonathan Rose, Esq.
Malachi Brennan, Esq.
John Franco, Jr., Esq.

Johanna Masse

**The court has allotted 2.5 hours for this hearing.**