UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| PRESERVATION BURLINGTON, KARYN NORWOOD, and LIISA REIMANN,<br>　　Plaintiffs | * Civil Action No. 2:23-cv-00039<br>*<br>*<br>* |
| v. | * |
| THE CATHEDRAL OF THE IMMACULATE CONCEPTION PARISH CHARITABLE TRUST, and CITY OF BURLINGTON,<br>　　Defendants | *<br>*<br>*<br>* |
| THE ST. JOSEPH CATHEDRAL PARISH, THE CATHEDRAL OF THE IMMACULATE CONCEPTION PARISH CHARITABLE TRUST, and BISHOP CHRISTOPHER COYNE, Counterclaim, Cross-claim and Thirty Party Claim Plaintiffs | *<br>*<br>*<br>*<br>*<br>*<br>* |
| v. | * |
| PRESERVATION BURLINGTON, KARYN NORWOOD, and LIISA REIMANN, and the CITY OF BURLINGTON, VERMONT, Counterclaim, Cross-claim, and Third Party Claim Defendants | *<br>*<br>*<br>*<br>* |

## NOTICE OF DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1)(A)(i) the St. Joseph Parish, the Cathedral of the Immaculate Conception Parish Charitable Trust, and Bishop Christopher Coyne give notice of their dismissal of their *Amended Counterclaim, Crossclaim and Third Party Complaint for Relief Under §1983 and the Religious Land Use and Inmate Protection Act of the Federal Civil Rights Act* [Document 27] and the related *Cross Motion for Injunctive Relief* [Document 28].

1

Dated at Burlington, Vermont this 3rd day of April, 2023.

/s/ *John L. Franco, Jr.*
John L. Franco, Jr.
110 Main Street
Burlington, VT. 05401
(802) 864-7207
Email: johnfrancolaw@aol.com